AFFIDAVIT: UNDERLYING FACTS AND CIRCUMSTANCES

I, Matthew Vollor, being duly sworn, do hereby state the following:

1. I am a duly sworn Special Agent assigned to the White Collar Crime Section of the Federal Bureau of Investigation (FBI), Jackson, Mississippi Division. As a Special Agent, I investigate violent crimes that have a federal interest, including, but not limited to Hobbs Act Robbery, wire fraud, kidnapping, carjacking, and felons in possession of firearms. I have received training and have been assigned to conduct investigations of criminal violations of the United States Code.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is submitted in support of a Criminal Complaint against Sharday Monique Thomas. As such, this affidavit does not include all of the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Thomas for violations of Title 18, United States Code, Section 1343 for devising and executing a scheme and artifice to defraud using interstate wire communication.

3. An investigation by the FBI into the extortion of an individual revealed the following: On November 27, 2018, around 03:45 P.M., the FBI Jackson Division was contacted by Special Agent Palmer Allen of the FBI in Monroe, Louisiana regarding allegations that an individual by the name of Sharday Thomas had been kidnapped and was being held for $4,500.00 ransom. Agent Allen advised that the alleged suspect(s) were contacting victim "WC," a former employer of Thomas who resides in Louisiana, by way of text messages from Thomas's cell

phone (318-642-XXXX). The text messages, which were received by WC in Louisiana, stated that Thomas was being held against her will and instructed WC to bring $4,500.00 cash to an address in Jackson, Mississippi. WC was initially instructed to leave the ransom money in a black bag located on the steps of the residence. Later instructions around the time of ransom drop off were to turn on a specific street in Jackson, Mississippi and leave the ransom money on the roof of a white truck outfitted with rims.

4. Numerous text messages were sent to WC regarding the transaction and some messages consisted of specific threats such as, "No cops or she die," "I'm tired of waiting my trigger finger is itching," "Now or I'll blow her head off," and "I want my money now or she dies," among others. WC, who was being assisted by the Louisiana State Police, requested proof of life on two occasions and spoke to Thomas on both instances. During the first phone call, Thomas indicated to WC that he needed to get the money to the kidnappers or she would be killed.

5. FBI New Orleans Division provided FBI Jackson approximate GPS coordinates of the cell phone used by the alleged suspect(s). The cell phone was determined to be in close proximity of the ransom drop off point, which led Agents to an address in Jackson, Mississippi where Thomas was located and taken into custody. Thomas was found in possession of the cell phone from which the phone calls and texts had been sent to WC. After being advised of her rights, Thomas confessed to staging the kidnapping on her own and to sending messages and phone calls to WC from Jackson, Mississippi, and Thomas therefore used interstate wire communication in furtherance of her scheme to defraud. Thomas consented to the search of her

phone's contents on scene. Agents observed the text message chain pertaining to the alleged kidnapping.

Based on the foregoing facts and Affiant's training and experience, Affiant respectfully submits that probable cause exists to issue an arrest warrant for Sharday Monique Thomas for a violation of Title 18 United States Code, Section 1343 for devising and executing a scheme and artifice to defraud using interstate wire communications.

Respectfully submitted,

_____
Matthew Vollor
Special Agent
Federal Bureau of Investigation

Sworn and subscribed by me this the 28th day of November, 2018.

_____
Honorable F. Keith Ball
United States Magistrate Judge