AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



United States of America
v.
Sharday Monique Thomas

Case No. 3:18-mj-639-FKB

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Sharday Monique Thomas,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Scheme to defraud using interstate wire, in violation of Title 18 United States Code, Section 1343.

Date: Nov. 28, 2018

*Issuing officer's signature*

City and state: Jackson, Mississippi

US Magistrate Judge F. Keith Ball
*Printed name and title*

---

**Return**

This warrant was received on *(date)* Nov 28, 2018, and the person was arrested on *(date)* Nov 29, 2018
at *(city and state)* Jackson, MS.

Date: Nov 29, 2018

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 29 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

*Arresting officer's signature*

Matthew Vollor, Special Agent FBI
*Printed name and title*